# Order

Michigan Supreme Court
Lansing, Michigan

June 11, 2021

Bridget M. McCormack,
Chief Justice

162702-3

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

DENISE DOSTER,
          Plaintiff-Appellant,

v

SC: 162702-3
COA: 349560, 350941
Saginaw CC: 17-034216-CD

COVENANT MEDICAL CENTER, INC.,
          Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the January 27, 2021 order of the Court of Appeals is considered and, it appearing to this Court that the case of *Doster v Covenant Medical Center, Inc.* (Docket No. 162332-3) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 11, 2021



Clerk

b0608